UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-60781-CIV-SINGHAL

YOEL ACOSTA GONZALEZ,

       Petitioner,

vs.

KRISTI NOEM, in her official capacity as
Secretary of the Department of Homeland
Security, et al.,

       Respondents.
_____/

## ORDER TO SHOW CAUSE AND NOTICE OF HEARING

**THIS CAUSE** is before the Court on the Petition for Writ of Habeas Corpus (DE [1]) filed by Petitioner Yoel Acosta Gonzalez.  The Court has reviewed the Petition and is otherwise fully advised in its premises. Pursuant to 28 U.S.C. § 2243, it is hereby

**ORDERED AND ADJUDGED** that Respondents shall file a written response by **March 27, 2026.**   A hearing will be held before the undersigned in Courtroom 110, 299 E. Broward Boulevard, Fort Lauderdale, Florida, on **Thursday, April 2, 2026, at 1:30 p.m.**

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 19th day of March 2026.

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF an

**Noticing INS Attorney**
Email: usafls-immigration@usdoj.gov